App. Div.]        Fourth Department, October, 1908.

Johanna Kenney, Respondent, v. South Shore Natural Gas and Fuel Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams and Robson, JJ., who dissented.

Amelia A. Finucane, Respondent, v. Charles G. Warner, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., and Robson, J., who dissented.

Alice M. Colvin, Appellant, v. Sophia Shaw, Impleaded, etc., Respondent.— Application denied on the ground that it should be made at Special Term. (See Code Civ. Proc. § 1299; *Campbell* v. *Friedlander*, 51 App. Div. 191.)

James S. McDougall, Respondent, v. The City of Buffalo, Defendant, and Mary Ann White, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

James A. McCormick, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Judgment of County Court and Municipal Court reversed, with costs. Held, that if plaintiff was entitled to a transfer from the Dudley to the Elmwood line, defendant's offer of a transfer to the latter line at South West street fully met its obligation, it appearing that the passage over its lines thus offered to plaintiff was over the most direct and a reasonably convenient route to his destination. All concurred, except Spring and Kruse, JJ., who dissented.

Thomas H. Lake, Appellant, v. County of Monroe, Respondent.— Judgment affirmed, with costs. All concurred.

Alice Hotaling, Respondent, v. Syracuse and Suburban Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff, within twenty days, stipulates to reduce the verdict to the sum of $1,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Marion L. Allen and E. Tracy Otis, Respondents, v. George R. Bantel and Joseph Bantel, Appellants.— Judgment and order affirmed, with costs. All concurred.

Norman B. Hayes and Edward L. Hodge, Appellants, v. A. Bushnell & Company, Respondent.— Judgment affirmed, with costs. All concurred.

Emilie Schaud, Respondent, v. William Scott Renner, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Margaret Woulfe, Respondent, v. Modern Woodmen of America, Appellant. — Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Delia Diabo, Respondent, v. Baptiste Diabo, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Estate of Dudley Burwell, Deceased.— All the motions to dismiss the appeals are denied, without costs. Leave is given to all the parties to give such additional security as is necessary to perfect their appeals. The